# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>[SEE ATTACHED **EXHIBIT A**],<br><br>Defendants. | Adversary Proceeding<br>Case Nos. (See attached **Exhibit A**) |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2025, I caused to be served the "Notice of Status Conference Regarding Adversary Proceedings," dated March 4, 2025, a copy of which is annexed hereto as Exhibit A, by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

b.  delivered via electronic mail to: *curtishehn@comcast.net, darinbakerking@gmail.com,* and *josephloox@gmail.com.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>[SEE ATTACHED **EXHIBIT A**],<br><br>    Defendants. | Adversary Proceeding<br>Case Nos. (See attached **Exhibit A**) |

### NOTICE OF STATUS CONFERENCE REGARDING ADVERSARY PROCEEDINGS

> **This status conference will be conducted remotely via Zoom only.** Please refer to Judge Stickles's Chambers Procedures (**https://www.deb.uscourts.gov/judge-j-kate-stickles**) and the Court's website (**http://www.deb.uscourts.gov/ecourt-appearances**) for information on the method of allowed participation (video or audio), Judge Stickle's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website. An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

**Docket No. Multi Case Docketing**
**Filed: 3/4/25**

4920-9498-4227.1 94811.003                            1

**PLEASE TAKE NOTICE** that a status conference has been scheduled for **March 5, 2025 at 1:30 p.m. (Eastern Time)** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that Status Conference will go forward with respect to the adversary proceedings listed on the attached **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that participants may use the above link to register for the Status Conference.

| | |
|---|---|
| Dated: March 4, 2025<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>       acaine@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       crobinson@pszjlaw.com<br><br>*Counsel to the Plaintiff* |

# EXHIBIT A

| Defendant(s) | Adv. Proc. Case No. |
|---|---|
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Christian Lester | 19-50332 |
| Jane Marshall | 19-50335 |
| Ascensus, LLC dba Provident Trust Group, Custodian for the Benefit of Deborah J. Murphy IRA | 19-50583 |
| Darin Baker | 19-50961 |
| Joseph A. Loox | 19-50978 |
| Gaulan Financial LLC | 19-51012 |
| Ascensus, LLC d/b/a Provident Trust Group, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA; Christopher M. Soulier | 19-51050 |
| Deb Brundage | 19-51069 |

**Multi Case Docketing : <FONT arial,helvetica 4 0000cc**

[19-50328-JKS Goldberg v. Dues](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDRPTDue

[19-50329-JKS Goldberg v. Falkenstein](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDRPTDue

[19-50332-JKS Goldberg v. Lester](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDUnResolved

[19-50335-JKS Goldberg v. Marshall](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDRPTDue

[19-50583-JKS Goldberg v. Ascensus, LLC et al](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDUnResolved

[19-50961-JKS Goldberg v. Baker](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDUnResolved

[19-50978-JKS Goldberg v. Loox](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDRPTDue

[19-51012-JKS Goldberg v. Gaulan Financial LLC](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDRPTDue

[19-51050-JKS Goldberg v. Ascensus, LLC et al](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MultiDFT

[19-51069-JKS Goldberg v. Brundage](#)
 Type: ap                          Office: 1 (Delaware)           Judge: JKS
 Lead Case: 1-17-bk-12560          Case Flag: MEDRPTDue

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Colin R. Robinson entered on 3/4/2025 at 10:14 AM EST and filed on 3/4/2025

| | |
|---|---|
| **Case Name:** | Goldberg v. Dues |
| **Case Number:** | 19-50328-JKS |
| **Document Number:** | 112 |
| **Case Name:** | Goldberg v. Falkenstein |
| **Case Number:** | 19-50329-JKS |
| **Document Number:** | 115 |
| **Case Name:** | Goldberg v. Lester |
| **Case Number:** | 19-50332-JKS |
| **Document Number:** | 112 |
| **Case Name:** | Goldberg v. Marshall |
| **Case Number:** | 19-50335-JKS |
| **Document Number:** | 113 |
| **Case Name:** | Goldberg v. Ascensus, LLC et al |
| **Case Number:** | 19-50583-JKS |
| **Document Number:** | 84 |
| **Case Name:** | Goldberg v. Baker |
| **Case Number:** | 19-50961-JKS |
| **Document Number:** | 64 |
| **Case Name:** | Goldberg v. Loox |
| **Case Number:** | 19-50978-JKS |
| **Document Number:** | 100 |
| **Case Name:** | Goldberg v. Gaulan Financial LLC |
| **Case Number:** | 19-51012-JKS |
| **Document Number:** | 80 |
| **Case Name:** | Goldberg v. Ascensus, LLC et al |
| **Case Number:** | 19-51050-JKS |
| **Document Number:** | 96 |
| **Case Name:** | Goldberg v. Brundage |
| **Case Number:** | 19-51069-JKS |
| **Document Number:** | 87 |

**Docket Text:**
Notice of Hearing // *Notice of Status Conference Regarding Adversary Proceedings* Filed by Michael Goldberg. Hearing scheduled for 3/5/2025 at 01:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. (Robinson, Colin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** WB - Notice of Status Conference for 03-05-25.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/4/2025] [FileNumber=19072528-0]
[026d404687d8755394af9f1c7713a19b926688e7e457d15cfd9b98ad05251bc470d1
24716d8a21e95cd6ffcd8644b2f0766c5c2deba53fff451f2b064fed6e16]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\WB - EXH A - Notice of Status Conference for 03-05-25.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/4/2025] [FileNumber=19072528-1]
[26e9be2f413617cae14947a01825a19c3c4b679149b37902be9bee4de20e0d27bf8c
aeeb25d5382c75a388868de451137790104dbe55b48757f015fd67e73e4d]]
**Document description:** Main Document

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CHRISTOPHER M SOULIER | 602 WILLIAM WAY WAUNAKEE WI 53597 |
| CHRISTOPHER M. SOULIER | 703 LOCHMOORE DRIVE WAUNAKEE WI 53597 |
| CURTIS A. HEHN | COUNSEL FOR CHRISTIAN LESTER 1007 N. ORANGE ST., 4TH FLOOR WILMINGTON DE 19801 |
| CURTIS A. HEHN | COUNSEL FOR DENA FALKENSTEIN 1007 N. ORANGE ST., 4TH FLOOR WILMINGTON DE 19801 |
| CURTIS A. HEHN | COUNSEL FOR JANE MARSHALL 1007 N. ORANGE ST., 4TH FLOOR WILMINGTON DE 19801 |
| CURTIS A. HEHN | COUNSEL FOR JANET V DUES 1007 N. ORANGE ST., 4TH FLOOR WILMINGTON DE 19801 |
| DARIN BAKER | 4804 LAUREL CANYON BLVD, #747 VALLEY VILLAGE CA 91607 |
| DEB BRUNDAGE | 4890 E. 26TH AVE APACHE JUNCTION AZ 85119 |
| DEB BRUNDAGE | PO BOX 6683 MESA AZ 85216 |
| GAULAN FINANCIAL LLC | ATTN: ERNST GAUTIER, R/A 1711 ALAMBRA CREST DRIVE RUSKIN FL 33570 |
| GAULAN FINANCIAL LLC | ATTN: MARIE A. CORIOLAN, OFFICER 1711 ALHAMBRA CREST DRIVE RUSKIN FL 33570 |
| JOSEPH A LOOX | 12806 OTTOMAN ST PACOIMA CA 91331 |
| JOSEPH A LOOX | 19145 SHERMAN WAY APT 113 RESEDA CA 91335-3873 |
| JOSEPH LOOX | 18641 SATICOY ST APT #2 RESEDA CA 91335-4954 |
| PROV. TR GP-FBO | DEBORAH J MURPHY IRA 8716 GLENROCK DR NEW HAVEN IN 46774 |

**Total Creditor count: 15**